FN 40000582

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 23 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC, <br><br> Plaintiff <br><br> v. <br><br> Kleinheinz Capital Partners, Inc., and Unknown John or Jane Does, <br><br> Defendants | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** <br><br> Case no. <br><br> **4-26CV-341-P** |

## COMPLAINT

### Nature of the Case

1. Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

2. Specifically, defendant Kleinheinz Capital Partners, Inc. ("Kleinheinz Capital"), is and was at all times pertinent hereto a private-equity company, viz., a speculative financial business, and therefore ineligible for the COVID-era Paycheck Protection Program ("PPP"). Kleinheinz Capital, by and through and at the direction of the unknown individual defendants, nevertheless fraudulently applied for and received PPP funds, despite their knowledge of such ineligibility.

### Jurisdiction and Venue

3. The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial

district defendants can be found, reside, transact business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

### Parties—Defendants

4.      Defendant Kleinheinz Capital is a hedge-fund manager.

5.      On the loan application at issue herein, Kleinheinz Capital gave its address as 301 Commerce Street, Suite 1900, Fort Worth, TX 76102-3148.

6.      Defendants Unknown John or Jane Does (the "Agents") were at all relevant times owners, partners, directors, officers, employees, or other agents by and through whom Kleinheinz Capital acted.

### Background

7.      To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the U.S. Small Business Administration ("SBA"). The transfers took the form of bank loans guaranteed, forgiven and reimbursed by the SBA ("PPP Loans").

8.      As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

9.      The PPP Program at all times explicitly excluded from eligibility private-equity firms, finance companies, investment companies, businesses primarily engaged in investments, hedge funds, speculative businesses, and businesses dealing in stocks, bonds, commodity futures, and other financial instruments. Kleinheinz Capital qualifies as such, as all defendants knew.

2

10. The PPP Program was at all times limited to applicants who needed the funds to support their ongoing operations due to pandemic-related economic uncertainty and lacked access to other sources of liquidity. Kleinheinz Capital did not meet those criteria.

### PPP Loan

11. Kleinheinz Capital applied for and received approval for the following PPP Loan: Loan No. 7595687010, approved on April 7, 2020, in the amount of $322,400.00. Relator does not know whether, when, and in what amount this loan was forgiven.

### First Cause of Action
### False Claims Act, 31 U.S.C. § 3729
### PPP Loan

12. Relator repeats and realleges each of the foregoing paragraphs.

13. Defendant Kleinheinz Capital was ineligible to receive its PPP Loan at the time it applied and received approval for the same.

14. Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that Kleinheinz Capital was eligible for its PPP Loan or forgiveness thereof and thereby causing it to receive the same.

15. Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that Kleinheinz Capital was eligible for its PPP Loan or forgiveness thereof and thereby causing it to receive the same.

16. Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government,

3

by falsely certifying that Kleinheinz Capital was eligible for its PPP Loan or forgiveness thereof and thereby causing it to receive the same.

## Second Cause of Action
### False Claims Act, 31 U.S.C. § 3729
### Ineligibility Due to Lack of Economic Necessity

17.     Relator repeats and realleges each of the foregoing paragraphs.

18.     Defendant Kleinheinz Capital was ineligible to receive its PPP Loan because such funds were not necessitated by pandemic-related economic uncertainty.

19.     Defendant Kleinheinz Capital was ineligible to receive its PPP Loan because it had access to other sources of liquidity sufficient to support its ongoing operations in a manner that was not significantly detrimental to the business.

20.     Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that Kleinheinz Capital was eligible for its PPP Loan or forgiveness thereof and thereby causing it to receive the same.

21.     Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that Kleinheinz Capital was eligible for its PPP Loan or forgiveness thereof and thereby causing it to receive the same.

22.     Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that Kleinheinz Capital was eligible for its PPP Loan or forgiveness thereof and thereby causing it to receive the same.

**Prayer for Relief**

23. WHEREFORE, Relator prays for the following relief:

   a.   A declaration that each defendant did violate the False Claims Act;

   b.   An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to the corporate defendants, lending fees paid by the SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

   c.   The cost of this civil action under 31 U.S.C. § 3729(a)(3);

   d.   An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

   e.   Such other and further relief as may be just and proper.

**Demand for Jury Trial**

24. Relator demands a trial by jury.

Respectfully submitted,

*Bruce Ellis Fein*

Bruce Ellis Fein
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator The Tarbell Group, LLC*

5

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS

United States of America ex rel. The Tarbell Group, LLC

**DEFENDANTS**

Kleinheinz Capital Partners, Inc., et al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Tarrant**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Bruce Ellis Fein, Bruce Ellis Fein PLLC, P.O. Box 506, Great Falls, VA 22066, 703-248-0390

Attorneys *(If Known)*

4-26CV-341-P

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| [X] 1  U.S. Government Plaintiff | [ ] 3  Federal Question *(U.S. Government Not a Party)* |
| [ ] 2  U.S. Government Defendant | [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane  **PERSONAL INJURY** | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [X] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability  [ ] 365 Personal Injury - Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander  [ ] 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability  Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine  [ ] 368 Asbestos Personal Injury Product | | [ ] 830 Patent  [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability  Liability | | [ ] 840 Trademark | [ ] 460 Deportation  [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle  **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability  [ ] 370 Other Fraud  [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury  [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice  [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff)  [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g))  [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights  **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting  [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment  [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations  [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment  [ ] 535 Death Penalty  **Other:** | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other  [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application  [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education  [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| [X] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from Another District *(specify)* | [ ] 6 Multidistrict Litigation - Transfer | [ ] 8 Multidistrict Litigation - Direct File |

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
False Claims Act, 31 U.S.C. §§ 3729-3733

Brief description of cause:
Paycheck Protection Program fraud

### VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
>1,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   [X] Yes   [ ] No

### VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
March 17, 2026

SIGNATURE OF ATTORNEY OF RECORD
*Bruce Ellis Fein*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

BRUCE ELLIS FEIN PLLC

ATTORNEY AT LAW

P.O. BOX 506
GREAT FALLS, VIRGINIA 22066

TELEPHONE: 703-248-0390
EMAIL: BRUCE@NEWDREAM.NET

March 17, 2026

*Via priority mail*

Karen Mitchell, Clerk of Court
United States District Court for the Northern District of Texas
501 West 10th Street, Room 310
Fort Worth, TX  76102-3673

Re:     *New qui tam case for filing under seal: United States of America ex rel. The Tarbell Group, LLC v. Kleinheinz Capital Partners, Inc., et al.*

Dear Ms. Mitchell:

Please accept for filing under seal the enclosed complaint, civil cover sheet, filing fee, certificate of interested persons / disclosure statement, and motion for leave to proceed without local counsel. I submit the documents by mail rather than through the electronic case filing system because the case must be sealed pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2).

Please send me file-stamped copies of each document and a receipt for the filing fee, preferably by e-mail, otherwise by regular mail.

Please contact me with any questions or problems. Thank you.

Sincerely,

Bruce Ellis Fein



CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

MAR 2 3 2026