SEALED ORIGINAL

FILED-USDC-NDTX-DA
'26 MAY 26 PM1:25
TJF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA, ex rel.
THE TARBELL GROUP, LLC,

Plaintiff-Relator,

V.

KLEINHEINZ CAPITAL PARTNERS, INC., and UNKNOWN JOHN OR JANE DOES,

Defendants.

Civil Action No. 4:26-cv-341-P

FILED IN SEALED CASE

**RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), *et seq.*, Relator respectfully informs the court that it is voluntarily dismissing all claims in this matter without prejudice to Relator; without prejudice to the United States; and without costs or fees to any party.

No Defendant has been served, filed an answer, or filed a motion. Pursuant to the requirements of the False Claims Act, 31 U.S.C. § 3730(b)(1), any dismissal of an action where the United States is a party requires the consent of the United States. The United States has provided its consent to this dismissal as shown by the consent statement signed by its counsel which is being filed concurrently with this notice.

Respectfully submitted,

*<u>/s/ Bruce Ellis Fein</u>*
Bruce Ellis Fein
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator The Tarbell Group, LLC*

Dated: May 26, 2026

SEALED ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. THE TARBELL GROUP, LLC,<br><br>Plaintiff-Relator,<br><br>V.<br><br>KLEINHEINZ CAPITAL PARTNERS, INC., and UNKNOWN JOHN OR JANE DOES,<br><br>Defendants. | Civil Action No. 4:26-cv-341-P<br><br>FILED IN SEALED CASE |

**ORDER**

Relator The Tarbell Group, LLC, having file a Notice of Voluntary Dismissal Without Prejudice and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice as to Relator The Tarbell Group, LLC, and as to the United States; and

2. The seal shall be lifted upon Relator's Complaint filed on or about March 23, 2026, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon defendants pursuant to Local Rule 79.4 or otherwise.

IT IS SO ORDERED this _____ day of ________, 2026.

____________________________________
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE